IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Smokeware.net, LLC<br><br>   Plaintiff,<br><br>v.<br><br>Premier Specialty Brands, LLC,<br><br>   Defendant. | Civil Action No. 1:19-cv-05058-JPB |

## NOTICE OF LEAVE OF ABSENCE

Eileen H. Rumfelt respectfully notifies this Court that she will be on leave and away from the in-person practice of law July 1, 2020 through and including July 31, 2020 for child care and family vacation.

Respectfully submitted, this 2nd day of June, 2020.

**MILLER & MARTIN PLLC**

By:  /s/ *Eileen H. Rumfelt*
      Eileen H. Rumfelt
      Georgia Bar No. 040608
William P. Eiselstein
Georgia Bar No. 242798
Charles Forlidas
Georgia Bar No. 269398
1180 West Peachtree Street NW, Suite 2100
Atlanta, Georgia 30309
Phone: (404) 962-6100
Fax: (404) 962-6300

- 2 -

eileen.rumfelt@millermartin.com
billy.eiselstein@millermartin.com
charles.forlidas@millermartin.com

*Counsel for Premier Specialty Brands, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 2, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access this filing through the Court's electronic filing system.

          By:   */s/ Eileen H. Rumfelt*
                 Eileen H. Rumfelt
                 Georgia Bar No. 040608